**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

Plaintiff,

vs.

Victor Gilberto Perez
Defendant.

**CASE NO.** 8:26CR83

**SUBMISSION OF THE DETERMINATION OF DETENTION OR RELEASE**

Defendant states to the Court as follows:

(1) I understand that the Court must determine whether I should be detained or released, pending future judicial proceedings.

(2) I have discussed with my attorney my right to present evidence and make argument on this determination. All the questions I have concerning that right have been answered. I understand that by not requesting a hearing to present evidence and make argument, the Court will make the determination based upon the information within the Court's record.

(3) At this time, I wish to give up my right to present evidence and make argument on the determination of detention or release and submit the matter to the Court.

Defendant Date 9/10/26

Attorney for Defendant Date 9/10/26

**ORDER**

**IT IS ORDERED** that Defendant's Submission of the Determination of Detention or Release is hereby accepted, and a separate order will be issued concerning detention or release.

DATED this 10th day of September, 2026.

BY THE COURT:

MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT